# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0674

VERSUS

ROBERT LATROY WHITE

**AUGUST 29, 2022**

---

In Re:    Robert LaTroy White, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 434,333.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
PMc

**Holdridge, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

asn

---
DEPUTY CLERK OF COURT
FOR THE COURT